Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
greg.korman@kattenlaw.com
Viviana Boero Hedrick (CA 239359)
viviana.hedrick@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012
Telephone:   310.788.4400
Facsimile:   310.788.4471

Attorneys for Defendant NISSIN FOODS (U.S.A.) CO., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUTTMANN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>        v.<br><br>NISSIN FOODS (U.S.A.) COMPANY, INC.,<br><br>    Defendant. | Case No. 15-cv-00567-WHA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 15 DAYS** |

Pursuant to Local Rule 6.1, Plaintiff Victor Guttmann and defendant Nissin Foods (U.S.A.) Company, Inc. ("Nissin Foods"), through their respective counsel of record, stipulate that the deadline to file a response to the complaint shall be extended from March 5, 2015 to March 20, 2015.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated:  February 19, 2015 | KATTEN MUCHIN ROSENMAN LLP |

By: _____/s/ Stuart M. Richter_____
        Stuart M. Richter
Attorneys for Defendant NISSIN FOODS (U.S.A.) CO., INC.

Dated:  February 19, 2015    THE WESTON FIRM

By:   /s/ Gregory S. Weston [with permission]
        Gregory S. Weston
Attorneys for Plaintiff Victor Guttmann

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT