Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
greg.korman@kattenlaw.com
Andrew J. Demko (CA 247320)
andrew.demko@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile:  310.788.4471

Attorneys for Defendant Nissin Foods (U.S.A.) Co., Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Victor Guttmann, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Nissin Foods (U.S.A.) Co., Inc.,<br><br>Defendant | Case No.    15-cv-00567-WHA<br><br>**DEFENDANT NISSIN FOODS (U.S.A.) CO., INC.'S RULE 7.1 DISCLOSURE** |

**To the Court and all counsel:**

**Please take notice** that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nissin Foods (U.S.A.) Co., Inc. submits the following disclosures:

1. Defendant Nissin Foods (U.S.A.) Co., Inc. ("Nissin") is a California corporation.

2. Nissin is owned 94.4% by Nissin Foods Holding Co., Ltd. and owned 5.6% by Mitsubishi Corporation.

3. Nissin Foods Holding Co., Ltd. is a publicly traded company, the shares of which are traded on the Tokyo Stock Exchange. No person or entity owns more than 10% of the shares of Nissin Foods Holding Co., Ltd.

4. Mitsubishi Corporation is a publicly traded company, the shares of which are traded on the Tokyo Stock Exchange and other exchanges. No person or entity owns more than 10% of the shares of Mitsubishi Corporation.

Respectfully submitted,

Dated: February 20, 2015         KATTEN MUCHIN ROSENMAN LLP

By:  /s/Stuart M. Richter
      Attorneys for Defendant Nissin Foods (U.S.A.) Co., Inc.