Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
greg.korman@kattenlaw.com
Andrew J. Demko (CA 247320)
andrew.demko@kattenlaw.com
Courtnee A. Draper (CA 298921)
courtnee.draper@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant Nissin Foods (U.S.A.) Co., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor Guttmann, on behalf of himself and all others similarly situated,<br><br>   Plaintiff<br><br>   v.<br><br>Nissin Foods (U.S.A.) Co., Inc.,<br><br>   Defendant | Case No.   15-cv-00567-WHA<br><br>**NOTICE OF APPEARANCE OF GREGORY S. KORMAN AS COUNSEL FOR DEFENDANT** |

**To the Court and all counsel:**

**Please take notice** that Gregory S. Korman hereby appears as additional counsel for Defendant Nissin Foods (U.S.A.) Co., Inc. in the above-referenced action. All pleadings and papers should be served electronically in this action via ECF to greg.korman@kattenlaw.com.

Respectfully submitted,

Dated: February 26, 2015         KATTEN MUCHIN ROSENMAN LLP

By:    /s/ Gregory S. Korman
     Attorneys for Defendant Nissin Foods (U.S.A.) Co., Inc.