IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUTTMANN, on behalf of himself and all other similarly situated,

    Plaintiff,

  v.

NISSIN FOODS (U.S.A.) COMPANY INC.,

    Defendant.

No. C 15-00567 WHA

**ORDER DENYING AS MOOT MOTION TO DISMISS**

    In light of the first amended complaint filed by plaintiff (Dkt. No. 32), defendant's pending motion to dismiss (Dkt. No. 18) is **DENIED AS MOOT**. The hearing at 2:00 p.m. on May 14 is **VACATED**. The initial case management conference set for **2:30 P.M. ON MAY 14**, remains on calendar.

    **IT IS SO ORDERED.**

Dated: May 1, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE