**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUTTMANN, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

NISSIN FOODS (U.S.A.) COMPANY, INC,

    Defendant.

No. C 15-00567 WHA

**ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL**

Good cause shown, defendant's motion to file under seal portions of plaintiff's deposition that pertain to his medical history is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 27, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE