IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUTTMANN, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

NISSIN FOODS (U.S.A.) COMPANY, INC.,

    Defendant.

No. C 15-00567 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action (Dkt. No. 59), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Nissin Foods (USA) Company, Inc., and against Victor Guttmann. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE